UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES TYLER,

        Plaintiff,                Case No. 1:13-CV-277

v.                              HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 24, 2014, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No.15) recommending that Defendant's decision be affirmed. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 24, 2014, R&R (Dkt. No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's decision in this case is **AFFIRMED**.


Dated: March 18, 2014                            /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE